UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **CYNTISHA STEWART,** *et al.*, ) | |
| ) | Civil Action No. 3:20-cv-00903-JAG |
| **Plaintiffs,** ) | |
| ) | Hon. John A. Gibney, Jr. |
| v. ) | |
| ) | |
| **LEXISNEXIS RISK DATA RETRIEVAL** ) | |
| **SERVICES, LLC a/k/a LexisNexis Risk Data** ) | |
| **Management, Inc.,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANTS LEXISNEXIS RISK DATA MANAGEMENT INC. AND LEXISNEXIS RISK SOLUTIONS INC.'S PARTIAL MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendants LexisNexis Risk Data Management Inc. ("LNRDM") and LexisNexis Risk Solutions Inc. (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully move this Court to dismiss the putative class claims under 15 U.S.C. §§ 1681c(a) (Claim 1) and 1681e(b) (Claim 3) in the Class Action Complaint filed by Plaintiffs Cyntisha Stewart, Terry Brown, Eduardo Cantizzano, and Lisa Hill-Green.  In addition, LNRDM respectfully moves this Court to dismiss Plaintiff Cantizzano's putative class claim under 15 U.S.C. § 1681e(b) (Claim 2) as it relates to LNRDM.  The reasons in support of the motion are set forth in the accompanying memorandum in support, which is incorporated herein by reference.

WHEREFORE, Defendants respectfully request that the Court dismiss the identified claims in the Complaint with prejudice.

Dated: May 7, 2021

LEXISNEXIS RISK SOLUTIONS INC.; LEXISNEXIS RISK DATA MANAGEMENT INC.

By: /s/ *Julie D. Hoffmeister*
Julie D. Hoffmeister
Virginia Bar No. 87634
H. Scott Kelly
Virginia Bar No. 80546
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1448
Facsimile: (804) 697-1339
Email: julie.hoffmeister@troutman.com
Email: scott.kelly@troutman.com

Ronald I. Raether, Jr. (admitted *pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739
Email: ron.raether@troutman.com

Cindy Dawn Hanson (admitted *pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St NE, Suite 3000
Atlanta, GA 30308-2216
Telephone: (404) 885-3830
Facsimile: (404) 885-3900
Email: cindy.hanson@troutman.com

James Francis McCabe (admitted *pro hac vice*)
ALSTON & BIRD LLP
560 Mission Street
Suite 2100
San Francisco, CA 94105-0912
Telephone: (415) 243-1047
Facsimile: (415) 243-1001
Email: jim.mccabe@alston.com

*Counsel for Defendants*

115736590

2