THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CYNTISHA STEWART, TERRY BROWN, EDUARDO CANTIZZANO, LISA HILL-GREEN, THERESA HILL, YOLANDA JONES, MICHAEL CLARK, and CHRISTOPHER PETERSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>LEXISNEXIS RISK DATA RETRIEVAL SERVICES, LLC a/k/a LexisNexis Risk Data Management and LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>*Defendants*. | Civil Action No.: 3:20-cv-00903-JAG |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED RULE 23(b)(2) AND RULE 23(b)(3) SETTLEMENTS, CONDITIONAL CERTIFICATION OF THE RULE 23(b)(2) AND RULE 23(b)(3) SETTLEMENT CLASSES, APPOINTMENT OF CLASS COUNSEL, APPROVAL AND DIRECTION OF THE RULE 23(b)(2) AND RULE 23(b)(3) NOTICE PLANS, AND APPOINTMENT OF THE SETTLEMENT ADMINISTRATOR**

Plaintiffs Cyntisha Stewart, Terry Brown, Eduardo Cantizzano, Lisa Hill-Green, Theresa Hill, Yolanda Jones, Michael Clark, and Christopher Peterson, by Class Counsel, move the Court for preliminary approval of the Settlement Agreement and Release, attached to his concurrently-filed memorandum of law as Exhibit 1, under Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3). They also move the Court for certification of the Settlement Classes, appointment of Class Counsel and Class Representative, approval of the proposed class notices and notice plans, appointment of the settlement administrator, and scheduling of a final fairness hearing. The support for this request is set forth in the concurrently-filed memorandum of law. Defendants do not oppose the filing of this motion.

Dated:  January 21, 2022    Respectfully submitted,

**CYNTISHA STEWART, et. al.**

By:    /s/

Leonard A. Bennett, VSB #37523
Craig C. Marchiando, VSB #89736
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
Email:  len@clalegal.com
Email:  craig@clalegal.com

Kevin A. Dillon, VSB # 93475
Drew Sarrett, VSB#81658
**CONSUMER LITIGATION ASSOCIATES, P.C.**
626 E Broad Street, Suite 300
Richmond, VA  23219
(804) 905-9904 – Telephone
(757) 930-3662 – Facsimile
Email:  kevin@clalegal.com

Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey Nash, VSB #84261
J. Patrick McNichol, VSB #92699
**Kelly Guzzo, PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572 – Telephone
(703) 591-0167 – Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email:  pat@kellyguzzo.com

James A. Francis
John Soumilas *Pro Hac Vice*
Jordan M. Sartell
FRANCIS & MAILMAN, PC
Land Title Building
100 S. Broad Street, Suite 1902
Philadelphia, PA 19110
(214) 735-8600 – Telephone

2


(215) 940-8000 – Facsimile
Email: jfrancis@consumerlawfirm.com
Email: jsoumilas@consumerlawfirm.com
Email: jsartell@consumerlawfirm.com

Eleanor Michelle Drake
BERGER MONTAGUE
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Email: emdrake@bm.net

Keith J. Keogh
William M. Sweetnam
Keogh Law, LTD.
55 W. Monroe St., Ste. 3390
Chicago, Il 60603
312.374.3403 (Direct)
312.726.1092 (Main)
312.726.1093 (Fax)
Email: Keith@KeoghLaw.com

AJ Stecklein
Michael Rapp
Matthew Robertson
Stecklein & Rapp Chartered
748 Ann Avenue, Suite 101
Kansas City, Kansas 66101

*Counsel for Plaintiffs*

3