IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CYNTISHA STEWART, et al.,
    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　　　Civil Action No. 3:20cv903

LEXISNEXIS DATA RETRIEVAL
SERVICES, LLC, et al.,
    Defendants.

## ORDER

This matter comes before the Court on its own initiative.

On May 7, 2021, the defendants filed a partial motion to dismiss. (ECF No. 24.) On May 18, 2021, the plaintiffs filed a consent motion to stay the parties' briefing deadlines as to the motion to dismiss, citing "significant litigation history between the [p]arties and [the fact that] settlement discussion ha[d] begun." (ECF Nos. 26, 27.) On May 20, 2021, the Court granted the plaintiffs' motion, staying the case. (ECF No. 28.) On January 20, 2022, the parties informed the Court that they settled this case. (ECF No. 49.)

On January 31, 2022, the Court consolidated this case with *Jones v. LexisNexis Risk Solutions, Inc.*, Civil Action No. 3:22cv36;[1] *Clark v. LexisNexis Risk Solutions, Inc.*, Civil Action No. 3:22cv42;[2] and *Hill v. LexisNexis Risk Solutions Bureau, LLC*, Civil Action No. 3:22cv46 for settlement purposes.[3] (ECF No. 63.) The parties' motion for preliminary approval of two proposed

---

[1] Magistrate Judge Kimberly A. Jolson transferred *Jones* here from the United States District Court for the Southern District of Ohio on January 24, 2022.

[2] District Judge Susan R. Nelson transferred *Clark* here from the United States District Court for the District of Minnesota on January 20, 2022.

[3] District Judge Roseann A. Ketchmark transferred *Hill* here from the United States District Court for the Western District of Missouri on January 26, 2022.

class action settlements currently pends before this Court and is set for a hearing on Thursday, February 24, 2022. (*See* ECF No. 56.)

Upon due consideration, and in light of the parties' settlement, the Court now DENIES the defendants' partial motion to dismiss as MOOT. (ECF No. 24.) Should the Court deny preliminary or final approval of the parties' proposed class action settlements, the defendants may seek leave to refile their motion.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 15 February 2022
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge