IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CYNTISHA STEWART, TERRY BROWN, EDUARDO CANTIZZANO, LISA HILL-GREEN, THERESA HILL, YOLANDA JONES, MICHAEL CLARK, and CHRISTOPHER PETERSON,<br>        *Plaintiffs*,<br>    v.<br>LEXISNEXIS RISK DATA RETRIEVAL SERVICES, LLC a/k/a LexisNexis Risk Data Management and LEXISNEXIS RISK SOLUTIONS, INC.,<br>        *Defendants*. | Civil Action No.: 3:20-cv-00903-JAG |

**PLAINTIFFS' MOTION FOR SERVICE AWARDS
AND AN AWARD OF ATTORNEYS' FEES AND COSTS
<u>IN CONNECTION WITH RULE 23(b)(2) SETTLEMENT</u>**

Pursuant to Federal Rules of Civil Procedure 23(h) and 54, Plaintiffs, Cyntisha Stewart, Terry Brown, Lisa Hill-Green, Theresa Hill, Yolanda Jones and Michael Clark, by Counsel, and their counsel move the Court for service awards and an award of attorneys' fees and costs in accordance with the Rule 23(b)(2) Settlement. The grounds for this Motion are set forth in the accompanying Memorandum of Law.

                Respectfully Submitted,

                **CYNTISHA STEWART, TERRY BROWN,
                LISA HILL-GREEN, THERESA HILL,
                YOLANDA JONES and MICHAEL CLARK,**
                *on behalf of themselves and all others
                similarly situated*,

By:   */s/ Leonard A. Bennett*
        Leonard A. Bennett, VSB #37523
        Craig C. Marchiando, VSB #89736
        CONSUMER LITIGATION ASSOCIATES, P.C.
        763 J. Clyde Morris Blvd., Suite 1-A
        Newport News, VA 23601
        (757) 930-3660 – Telephone
        (757) 930-3662 – Facsimile

Email: len@clalegal.com
Email: craig@clalegal.com

Kevin A. Dillon, VSB # 93475
Drew Sarrett, VSB#81658
**CONSUMER LITIGATION ASSOCIATES, P.C.**
626 E Broad Street, Suite 300
Richmond, VA 23219
(804) 905-9904 – Telephone
(757) 930-3662 – Facsimile
Email: kevin@clalegal.com

Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey Nash, VSB #84261
J. Patrick McNichol, VSB #92699
**Kelly Guzzo, PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572 – Telephone
(703) 591-0167 – Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com

James A. Francis
John Soumilas *Pro Hac Vice*
Jordan M. Sartell
FRANCIS & MAILMAN, PC
Land Title Building
100 S. Broad Street, Suite 1902
Philadelphia, PA 19110
(214) 735-8600 – Telephone
(215) 940-8000 – Facsimile
Email: jfrancis@consumerlawfirm.com
Email: jsoumilas@consumerlawfirm.com
Email: jsartell@consumerlawfirm.com

Eleanor Michelle Drake
BERGER MONTAGUE
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Email: emdrake@bm.net

Keith J. Keogh
William M. Sweetnam
Keogh Law, LTD.

2

        55 W. Monroe St., Ste. 3390
        Chicago, Il 60603
        312.374.3403 (Direct)
        312.726.1092 (Main)
        312.726.1093 (Fax)
        Email:  Keith@KeoghLaw.com
        AJ Stecklein
        Michael Rapp
        Matthew Robertson
        Stecklein & Rapp Chartered
        748 Ann Avenue, Suite 101
        Kansas City, Kansas 66101

        *Counsel for Plaintiffs*