IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CYNTISHA STEWART, TERRY BROWN, EDUARDO CANTIZZANO, LISA HILL-GREEN, THERESA HILL, YOLANDA JONES, MICHAEL CLARK, and CHRISTOPHER PETERSON,<br>　　　*Plaintiffs*,<br>　　v.<br>LEXISNEXIS RISK DATA RETRIEVAL SERVICES, LLC a/k/a LexisNexis Risk Data Management and LEXISNEXIS RISK SOLUTIONS, INC.,<br>　　　*Defendants*. | Civil Action No.: 3:20-cv-00903-JAG |

**PLAINTIFFS' MOTION FOR SERVICE AWARDS
AND AN AWARD OF ATTORNEYS' FEES AND COSTS
IN CONNECTION WITH RULE 23(b)(3) SETTLEMENT**

Pursuant to Federal Rules of Civil Procedure 23(h) and 54, Plaintiffs, Christopher Peterson and Eduardo Cantizzano, by Counsel, and their counsel move the Court for service awards and an award of attorneys' fees and costs in accordance with the Rule 23(b)(3) Settlement. The grounds for this Motion are set forth in the accompanying Memorandum of Law.

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　**CHRISTOPHER PETERSON AND
　　　　　　　　　　　　　　　　EDUARDO CANTIZZANO,**
　　　　　　　　　　　　　　　　*on behalf of themselves and all others
　　　　　　　　　　　　　　　　similarly situated*,

　　　　　　　　By:　*/s/ Leonard A. Bennett*
　　　　　　　　　　　Leonard A. Bennett, VSB #37523
　　　　　　　　　　　Craig C. Marchiando, VSB #89736
　　　　　　　　　　　Consumer Litigation Associates, P.C.
　　　　　　　　　　　763 J. Clyde Morris Blvd., Suite 1-A
　　　　　　　　　　　Newport News, VA 23601
　　　　　　　　　　　(757) 930-3660 – Telephone
　　　　　　　　　　　(757) 930-3662 – Facsimile
　　　　　　　　　　　Email: len@clalegal.com
　　　　　　　　　　　Email: craig@clalegal.com

Kevin A. Dillon, VSB # 93475
Drew Sarrett, VSB#81658
**CONSUMER LITIGATION ASSOCIATES, P.C.**
626 E Broad Street, Suite 300
Richmond, VA  23219
(804) 905-9904 – Telephone
(757) 930-3662 – Facsimile
Email:  kevin@clalegal.com

Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey Nash, VSB #84261
J. Patrick McNichol, VSB #92699
**Kelly Guzzo, PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572 – Telephone
(703) 591-0167 – Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email:  pat@kellyguzzo.com

James A. Francis
John Soumilas *Pro Hac Vice*
Jordan M. Sartell
FRANCIS & MAILMAN, PC
Land Title Building
100 S. Broad Street, Suite 1902
Philadelphia, PA 19110
(214) 735-8600 – Telephone
(215) 940-8000 – Facsimile
Email:  jfrancis@consumerlawfirm.com
Email:  jsoumilas@consumerlawfirm.com
Email:  jsartell@consumerlawfirm.com

Eleanor Michelle Drake
BERGER MONTAGUE
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Email:  emdrake@bm.net

Keith J. Keogh
William M. Sweetnam
Keogh Law, LTD.
55 W. Monroe St., Ste. 3390
Chicago, Il 60603
312.374.3403 (Direct)

2

        312.726.1092 (Main)
        312.726.1093 (Fax)
        Email: Keith@KeoghLaw.com
        AJ Stecklein
        Michael Rapp
        Matthew Robertson
        Stecklein & Rapp Chartered
        748 Ann Avenue, Suite 101
        Kansas City, Kansas 66101

        *Counsel for Plaintiffs*