UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CYNTISHA STEWART, TERRY BROWN, EDUARDO CANTIZZANO, LISA HILL-GREEN, THERESA HILL, YOLANDA JONES, MICHAEL CLARK, and CHRISTOPHER PETERSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>LEXISNEXIS RISK DATA RETRIEVAL SERVICES, LLC a/k/a LexisNexis Risk Data Management and LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>*Defendants*. | Civil Action No.: 3:20-cv-903-JAG |

**PLAINTIFFS' MOTION FOR FINAL**
**APPROVAL OF RULE 23(b)(3) SETTLEMENT**

Plaintiffs move, pursuant to Federal Rule of Civil Procedure 23, for final approval of the Rule 23(b)(3) common-fund settlement of this class action. As explained below, the settlement is fair, reasonable, and adequate under any measure, resulted from arm's-length and contentious negotiations, resolves hard-fought claims on behalf of thousands of consumers and provides significant prospective benefit in exchange for only modest class member consideration. For the reasons set forth in the accompanying Memorandum of Law, the Court should grant final approval pursuant to Federal Rule of Civil Procedure 23(e).

Dated: July 7, 2022

Respectfully submitted,

**CYNTISHA STEWART, et. al.**

By: _____/s/ Leonard A. Bennett_____

Leonard A. Bennett, VSB #37523
Craig C. Marchiando, VSB #89736
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
Email: len@clalegal.com
Email: craig@clalegal.com

Kevin A. Dillon, VSB # 93475
Drew Sarrett, VSB #81658
**CONSUMER LITIGATION ASSOCIATES, P.C.**
626 E Broad Street, Suite 300
Richmond, VA 23219
(804) 905-9904 – Telephone
(757) 930-3662 – Facsimile
Email: kevin@clalegal.com
Email: drew@clalegal.com

Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey Nash, VSB #84261
J. Patrick McNichol, VSB #92699
**Kelly Guzzo, PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572 – Telephone
(703) 591-0167 – Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com

James A. Francis
John Soumilas *Pro Hac Vice*
Jordan M. Sartell
FRANCIS & MAILMAN, P.C.
Land Title Building
100 S. Broad Street, Suite 1902
Philadelphia, PA 19110

(214) 735-8600 – Telephone
(215) 940-8000 – Facsimile
Email: jfrancis@consumerlawfirm.com
Email: jsoumilas@consumerlawfirm.com
Email: jsartell@consumerlawfirm.com

Eleanor Michelle Drake
BERGER MONTAGUE
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Email: emdrake@bm.net

Keith J. Keogh
William M. Sweetnam
Keogh Law, LTD.
55 W. Monroe St., Ste. 3390
Chicago, Il 60603
312.374.3403 (Direct)
312.726.1092 (Main)
312.726.1093 (Fax)
Email: Keith@KeoghLaw.com

AJ Stecklein
Michael Rapp
Matthew Robertson
Stecklein & Rapp Chartered
748 Ann Avenue, Suite 101
Kansas City, Kansas 66101

*Counsel for Plaintiffs*